IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ERIC GRIFFIN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 13-3050-CV-H-BCW |
| LINDA SANDERS, | ) |
| Respondent. | ) |

**REPORT AND RECOMMENDATIONS OF UNITED STATE MAGISTRATE JUDGE**

Petitioner, an inmate confined in the United States Medical Center for Federal Prisoners (USMCFP), petitions this Court for a writ of habeas corpus challenging the constitutionality of his confinement. The petition has been referred to the undersigned for preliminary review under 28 U.S.C. § 636(b). Because the petitioner has now been released from Federal Bureau of Prisons (BOP) custody, it will be recommended that the petition be found **MOOT**.

### DISCUSSION

On February 3, 2014, the government notified the Court that Petitioner Eric Griffin, who had been held at USMCFP for a psychological evaluation related to a criminal case pending in the United States District Court for the District of Nevada, was sentenced to time served and released from BOP custody in July 2013 (Doc. 17). In reliance upon the government's representation that Petitioner Eric Griffin has been released from the custody of the Bureau of Prisons, the undersigned respectfully recommends that the instant petition for writ of habeas corpus is **MOOT**.

## CONCLUSION

Therefore, based on all the foregoing, **IT IS HEREBY RECOMMENDED** that the petition for writ of habeas corpus be found **MOOT**.[1]

**DATED: February 3, 2014**

                                         /s/ *David P. Rush*
                                         **DAVID P. RUSH**
                                         **United States Magistrate Judge**

---

[1] Pursuant to Local Rule 74.1, the petitioner has fourteen (14) days within which to file written objections to the Report and Recommendations of the United States Magistrate Judge.