# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| ERIC GRIFFIN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 6:13-CV-03050-BCW |
| LINDA SANDERS, | ) ) ) |
| Respondent. | ) ) ) |

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus was referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

The United States Magistrate has completed his preliminary review of the petition and has submitted to the undersigned a report and recommendation that the petition be dismissed as moot (Doc. 18). Petitioner did not file objections to the Magistrate's report and recommendation, and the deadline for him to do so has expired.

Petitioner has had a full and fair opportunity to challenge the Magistrate's recommended findings of fact, conclusions of law, and proposed action. Petitioner has failed to state or show any facts or legal principles that would create a genuine issue of material fact or warrant correction of the legal principles applied by the Magistrate. No further proceedings will therefore be required in this case.

Therefore, after a *de novo* review of the report and recommendation and the files and records in this case, it is concluded that the findings of fact, conclusions of law, and proposed actions of the Magistrate are correct and should be approved. Accordingly, it is hereby

ORDERED, for the reasons stated in the report and recommendation (Doc. #18), the petition for a writ of habeas corpus be, and is DENIED and DISMISSED as it is moot. It is further

ORDERED that the Magistrate's report and recommendation (Doc. #18) be attached to and made part of this Order. It is further

ORDERED all pending motions are DENIED as moot.

IT IS SO ORDERED.


DATED: March 12, 2014                /s/ Brian C. Wimes
                                     JUDGE BRIAN C. WIMES
                                     UNITED STATES DISTRICT COURT